UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Anthony Kyles,

                Plaintiff(s),

v.                                              Case No. 2:22–cv–12973–TGB–APP
                                                     Hon. Terrence G. Berg

Oakland, County of, et al.,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

    Motion for Judgment – #61

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/A Chubb
                                                            Case Manager

Dated:  October 24, 2023